UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GREGORIO BERROA<br><br>Plaintiff(s)<br><br>vs.<br><br>CORPORACION FERRIES DEL CARIBE, INC., et al.<br><br>Defendant(s) | CIVIL CASE NO.   05-1529 (JAF) |

| O-R-D-E-R ||
|---|---|
| <u>NOTICE</u><br><br>Dockets#     8,9,10<br><br>Filed:       October, 2005<br><br>By:          Defendants | PURSUANT TO LOCAL RULE 26(a), ATTORNEYS SHALL NOT FILE DISCOVERY RELATED DOCUMENTS UNLESS OTHERWISE ORDERED BY THE COURT.  ANY OTHER PLEADING IN VIOLATION OF THIS LOCAL RULE WILL BE STRICKEN FROM THE RECORD. |

November 4,  2005

Frances Rios de Moran, Esq.
Clerk of Court

*s/Franchesca Torres*
Franchesca Torres
Deputy Clerk